IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30331
Summary Calendar
_____

DERRICK WILSON,

Plaintiff-Appellee,

versus

C. M. LENSING ET AL.,

Defendants,

C. M. LENSING; MARIANA LEGER,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-1929-A
- - - - - - - - - -
January 5, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

C. M. Lensing and Mariana Leger appeal the district court's nonfinal order denying their motion for summary judgment.

This court must examine the basis of its jurisdiction, sua sponte if necessary.  Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987).  Our review of the district court's order and the appellate record reveals that the court's denial of summary judgment was based upon disputed issues of fact and did not turn

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

on a question of law as to the determination of qualified immunity.  See Naylor v. Louisiana, 123 F.3d 855, 856-57 (5th Cir. 1997).  Therefore, we DISMISS the interlocutory appeal for want of jurisdiction.  See Smith v. Brenoettsy, 158 F.3d 908, 913 (5th Cir. 1998).

APPEAL DISMISSED.